16. Detailed Description of all circumstances and actions that support my claim(s) of discrimination on the basis/bases identified in Item 14.

1:19-CV-460-JPB

On July 27, 2016 and November 21, 2016, I filed a complaint of discrimination against the Agency and Kevin Shearer. Since filing the complaint, I have been subjected to retaliation, hostile work environment, and disparate treatment.

1. Since engaging in the protected activity described above, Kevin demeanor has changed; taking a turn towards hostility and vindictiveness. When he comes down my aisle in the mornings, he greets everyone with a "Good morning [employee's name]", except me. He repeats this routine when he leaves in the evenings. When we have mistakenly met each other in the aisle and I speak to him, he forces an audible grunt; instead of responding in-kind.

2. I independently completed a project with the Mortgage Review Board in Headquarters (MRB). After instructing me to submit a synopsis of this work for inclusion in the Atlanta HOC FY2016 Annual Report, Mr. Shearer credited my work for the Mortgage Review Board to the Quality Assurance Division team members. Similarly, I was not acknowledged or awarded for the work with the MRB; until after I filed my complaint. Several similarly situated employees who had not engaged in protected activity were given awards for much less substantial work.

3. Shortly after engaging in protected activity, I was removed from participating in servicing reviews. On or around March 15, 2017, Valerie J. Williams approached me with questions and/or comments relative to my reasonable accommodation, field review target assignments, and the monitors who would be performing the servicing monitoring reviews in Florida. She then proceeded to tell me that the servicing reviews had been assigned to Irene Nesbitt and Erika Robinson-Pean on her team, and Jesseka Williamson and Selene Proenza on Ada Caro's team. When I informed Valerie of my concerns of not being included in servicing reviews and serving as a Team Leader, she stated that nothing is final, and concerns would be taken into consideration when the Branch Chiefs make the final assignments. During my mid-term evaluation, I reminded her that she had not assigned me as a Team Leader for field reviews. To date, I have not received further response from Valerie relative to my participation in targeted servicing field reviews or serving as a Team Leader.

4. Since I engaged in protected activity, Valerie Williams, my supervisor, has never asked me to serve as the Acting Branch Chief during her absence. As recent as June 12th through June 19th, other employees on her team were asked to serve as the Acting Branch Chief.

5. On or around June 21, 2017, Kevin made a derogatory remark concerning my work to representatives in Headquarters and Valerie Williams; my immediate supervisor. I had been asked by a representative in Headquarters to work on the servicing part of the new Loan Review System (LRS) because of my expertise in servicing and they wanted "fresh eyes" for the testing phase.

*Deborah Marshall*
Page 1 of 2

In communicating with headquarters about the opportunity, Ms. Williams requested that Irene Nesbit participate in the project as well. Shortly thereafter, Mr. Shearer responded that he agreed with the inclusion of Irene Nesbit and stated, "Besides her knowledge and experience with Servicing, I feel Irene would keep me in the loop and give more accurate feedback." Headquarters then responded: "I'm going to defer to Atlanta management on this. Sounds like they have their reasons."

6. Non-selection – Non-selection for Quality Assurance Division (QAD) Supervisory Single-Family Housing Specialist, GS 14 position, Announcement No.: 17-HUD-822.

7. On August 30, 2017, my name was omitted in the accomplishments section of the 3rd Quarter Newsletter – The Collaborator. I was not acknowledged for my work with representatives in Headquarters and Atlanta QAD for the servicing part of the Loan Review System (LRS). However, Irene Nesbit was identified and given credit for her part in working on the LRS.

8. Since engaging in protected activity, I was removed from participating as a Team Leader for origination reviews. Kevin identified the Team Leaders (Batch Owners and Lender Operations Reviewers) on September 14, 2017 for three on-site field reviews. All other employees would be a team member. The Batch Owners were John O'Hara, Barbara Whiteside, and Jesseka Williamson. The Lender Operations Reviewers were Joanne Frasier, William Salva, and Heidi Sanchez. The Team Leader assignments were not based on your experience in conducting origination field reviews. Kevin informed us that his decision was based on the number of files the employees had received and completed in the Loan Review System (LRS), and their reviews were completed less than the 20 calendar days deadline. Joanne and I were on Jesseka's team. Joanne could not go on-site for the monitoring review; therefore, she was replaced with Nkechi Adiele. Nkechi is a new hire to QAD and has never conducted an origination field review. Yet, she was given an opportunity to serve in the role of reviewing the lender's operation. I trained Joanne and Jesseka in how to conduct origination field reviews when they came as new hires to QAD.

Kevin informed us on October 18, 2017 that we were assigned the first batch of servicing self-report files based on our servicing experience. Based on their servicing experience, Heidi and Jesseka were also given an opportunity to work on servicing self-report files.

*Deborah Marshall*
Page 2 of 2